No. 72–1643. CONTINENTAL CASUALTY CO. v. J. G. LINK & CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–1644. IMPACT DIE CASTING CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 72–1645. GREEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–1647. MOBIL OIL CORP. ET AL. v. STANDARD INDUSTRIES, INC., ET AL.;

No. 72–1663. SUNRAY-DX OIL CO. v. STANDARD INDUSTRIES, INC., ET AL.; and

No. 72–1689. STANDARD INDUSTRIES, INC., ET AL. v. MOBIL OIL CORP. ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 475 F. 2d 220.

No. 72–1655. PARKER SWEEPER CO. v. E. T. RUGG CO. C. A. 6th Cir. Certiorari denied.

No. 72–1656. TENNENBAUM ET AL. v. TENNENBAUM ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 72–1658. C & M PETROLEUM PRODUCERS, INC., ET AL. v. MEYERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–1666. PARAMOUNT FILM DISTRIBUTING CORP. v. NEW YORK. Ct. Cl. N. Y. Certiorari denied.

No. 72–1667. KRODEL v. HOUGHTALING ET AL. C. A. 4th Cir. Certiorari denied.